1  PETER H. MASON (Bar No. 71839)
   DOUGLAS W. STERN (Bar No. 82973)
2  NICOLE K. ASCH (Bar No. 204409)
   ADAM P. ZAFFOS (Bar No. 217669)
3  FULBRIGHT & JAWORSKI L.L.P.
   555 South Flower Street, 41st Floor
4  Los Angeles, California  90071
   Telephone:  (213) 892-9200
5  Facsimile:  (213) 892-9494

6  Attorneys for Defendant
   BAYER CORPORATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET FRAZIER, | CASE NO.  CIV F 01-6388 AWI (SMS) |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF OPERATIVE COMPLAINT WITH PREJUDICE |
| BAYER CORPORATION, | |
| Defendant. | |

Plaintiff Margaret Frazier and Defendant Bayer Corporation, through their counsel of record, hereby stipulate that the operative Complaint, and each and every cause of action asserted in this proceeding, shall be dismissed with prejudice, each side to bear its own attorneys' fees and costs.  The parties further stipulate that the Court may enter an order based upon this stipulation.

//

//

IT IS SO STIPULATED.

DATED: June 9, 2005

PETER H. MASON
DOUGLAS W. STERN
NICOLE K. ASCH
ADAM P. ZAFFOS
FULBRIGHT & JAWORSKI L.L.P.

/s/

By:
    Adam P. Zaffos
    Attorneys for Bayer Corporation

DATED: June 10, 2005

K. ELIZABETH MIDDLETON
RICHARDSON, PATRICK,
  WESTBROOK & BRICKMAN LLP

/s/

By:
    K. Elizabeth Middleton
    Attorneys for Plaintiff Margaret Frazier

## ORDER

Based upon the foregoing, the operative Complaint, and each and every cause of action asserted therein, shall be dismissed with prejudice, each side to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

**Dated:   June 13, 2005**          /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE